Opinion issued
September 29, 2011.



In
The

Court of
Appeals

For
The

First District
of Texas

————————————

NO. 01-09-00943-CV

———————————

Mark S. Burke, Appellant

V.

Barbara
E. Burke,
Appellee



 



 

On Appeal from the 328th
District Court

Fort Bend County, Texas



Trial Court Case No. 09DCV173399

 



 

 

MEMORANDUM
OPINION

 

          Appellant
has filed a motion to dismiss this
appeal.  No opinion has issued.  Accordingly, we grant the motion
and dismiss the appeal. 
See Tex.
R. App. P. 42.1(a)(1).

          We dismiss
all other pending motions as moot. We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. See Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief
Justice Radack and Justices Brown and Huddle.